

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

**FILED**

APR 2 0 2009

**U.S. DISTRICT COURT
BAY CITY, MICHIGAN**

ANTHONY BRADLEY,

        Petitioner,

v.

JEFFREY WOODS,

        Respondent.

_____/

Case Number 08-13560
Honorable Thomas L. Ludington

## MOTION TO AMEND CAPTION TO REFLECT THAT THE CORRECT RESPONDENT IN THIS CASE IS NOW MARY BERGHUIS

Petitioner Anthony Bradley, presently confined at the E.C. Brooks Correctional, level II in Muskegon Heights Michigan, filed a pro se application for writ of habeas corpus pursuant to 28 U.S.C. § 2254, in which he challenged his convictions for first- degree felony murder, armed robbery, and possession of a firearm in the commission of a felony. On September 24, 2008, this Court entered an opinion and order granting Petitioner's motion to hold his habeas petition in abeyance pending the completion of state post-conviction proceedings by Petitioner. The Court also administratively closed the case.

On December 5, 2008 Petitioner filed a motion to lift order holding in abeyance the petition for writ of habeas corpus. On March 24, 2009 this Court issued a order Granting Petitioner's motion to reinstate habeas petition, amending caption, directing clerk serve petition upon the respondent and the Michigan Attorney General, and directing respondent to file an answer and the rule 5 materials in this case.

At the time this Court issued it's latest order Petitioner was

1

transferred from Kinross Correctional Facility to Marquette Correctional Facility on a medical transfer to see a specialist at a medical center downtown Marquette. After being medically cleared, Petitioner was transferred to E.C. Brooks Correctional Facility in Muskegon Heights Michigan. While at E.C. Brooks Correctional Facility Petitioner has recently received this Court latest order as catch up legal mail notifying Petitioner that this Court amended the caption from Gregory McQuiggin as the respondent to reflect the name of Petitioner's current warden at Kinross Correctional Facility, to Jeffrey Woods.

While at Kinross Correctional Facility Petitioner had a transfer in, to go to a prison in the lower peninsula. As stated Petitioner has been transferred and is now at the E.C. Brooks Correctional Facility.

Petitioner humbly ask this Court that the caption in this case be amended to reflect that the proper respondent in this case is now Mary Berghuis, the warden of E.C. Brooks Correctional Facility in Muskegon Heights Michigan, where Petitioner is currently incarcerated. See Edwards Johns, 450 F. Supp. 2d 755, 757 (E.D. Mich. 2006)(citing Hogon v. Hanks, 97 F. 3d 189, 190 (7th Cir. 1996); see also Rule 2(a), 28 foll. U.S.C. § 2254.

Respectfully Submitted

Anthony Bradley

Anthony Bradley
#233422
E.C. Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon Heights, MI 49444

Dated: 4/15/09

2