UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ANTHONY BRADLEY,

    Petitioner,                                  Case No. 08-13560-BC

v.                                                  Hon. Thomas L. Ludington

RAYMOND BOOKER,

    Respondent.
_____/

## JUDGMENT

In accordance with the Opinion and Order Denying Petition for Writ of Habeas Corpus entered on this date,

It is **ORDERED AND ADJUDGED** that the Petition for Writ of Habeas Corpus is **DENIED**.

It is **FURTHER ORDERED AND ADJUDGED** that judgment is entered in favor of Respondent and against Petitioner.

                                                      s/Thomas L. Ludington
                                                      THOMAS L. LUDINGTON
                                                      United States District Judge

Dated: March 25, 2011

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney of record herein by electronic means and on Anthony Bradley, #233422 at Ryan Correctional Facility, 17600 Ryan Road, Detroit, MI 48212 by first class U.S. mail on March 25, 2011.

                                              s/Tracy A. Jacobs
                                              TRACY A. JACOBS